UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARK A. RICHARDS, | ) | CASE NO. 11-51844-WLH |
| | ) | |
| DEBTOR. | ) | |

## AMENDED MOTION TO EXTEND TIME TO FILE A REAFFIRMATION AGREEMENT

COMES NOW, Mark A. Richards, by and through her attorneys Robert J. Semrad & Associates, LLC, and asks this Court to extend the time to file Reaffirmation Agreements in this case under Bankruptcy Rule 4008(a) and respectfully represents the following:

1.

Debtor filed a voluntary petition for relief in bankruptcy under Title 11, Chapter 7 of the United States Code on January 24, 2011.

2.

Debtor needs to file the Reaffirmation Agreements with Bac Home Loans Servicing and Credit Union Loan Source, LLC to protect his interest in the real property located at: 1861 Windsor Creek Dr., Conyers, GA 30094 and 2007 Toyota Tacoma. Debtor and the Creditors are in the process of negotiating the Reaffirmation Agreements, but Debtor anticipates that the document may not be filed before Debtor is issued a discharge.

3.

Under 11 U.S.C. § 524 (c), Debtor needs the Reaffirmation Agreements to be executed and filed before the discharge is issued.

4.

Debtor asks the Court to extend the time to file the Reaffirmation Agreements in this case pursuant to Bankruptcy Rule 4008(a).

5.

Pursuant to Bankruptcy Rule 4004(c)(1)(J), Debtor asks the Court to delay the issuance of Debtor's discharge for 30 days or until this Motion is resolved.

WHEREFORE, Debtor prays:

(a) That this Motion to be granted;
(b) That the Court extends the time to execute and file the Reaffirmation Agreements described above;
(c) That the Court delays the entry of Debtor's discharge for 30 days or until this Motion is resolved; and
(d) That the Court grants such and other further relief as it may deem proper.

Dated this 22nd day of April, 2011.

Respectfully Submitted,

/s/
Jessica L. Casto
GA Bar No.: 340570
Robert J. Semrad &
Associates, LLC
101 Marietta Street
36th Floor
Atlanta, GA 30303
(678) 668-7165
Fax: (877) 601-8348
JCasto@robertjsemrad.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARK A. RICHARDS, | ) | CASE NO. 11-51844-WLH |
| | ) | |
| DEBTOR. | ) | |

### AMENDED CERTIFICATE OF SERVICE

I, Jessica L. Casto, certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Extend Time to File Reaffirmation Agreements upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

*Debtor*
**Mark A. Richards**
1861 Windsonr Creek Dr.
Conyers, GA 30094

*Trustee*
**Martha A. Miller**
Martha A. Miller, PC
229 Peachtree Street, NE
Suite 2415
Atlanta, GA 30303

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

**Bac Home Loans Servicing**
Attn.: Bankruptcy Department
450 American St
Simi Valley CA 93065-0000

**Credit Union Loan Source. LLC**
Attn.: Bret Hall
5036 Clark Howell Hwy

College Park GA 30349-0000

*(Please see mailing list for additional creditors)*

    This 22nd day of April, 2011:

                                  /s/
                          Jessica L. Casto
                          GA Bar No.: 340570
                          Robert J. Semrad & Associates, LLC
                          101 Marietta Street
                          36th Floor
                          Atlanta, GA 30303
                          (678) 668-7165
                          Fax: (877) 601-8348
                          JCasto@robertjsemrad.com

```
Label Matrix for local noticing         Office of the United States Trustee      American Express
113E-1                                   Room 362                                 c/o Becket and Lee
Case 11-51844-wlh                        75 Spring Street, SW                     PO Box 3001
Northern District of Georgia             Atlanta, GA 30303-3330                   Malvern, PA 19355-0701
Atlanta
Mon Apr 25 17:30:53 EDT 2011

Bac Home Loans Servici                   Bank Of America                          Bart L. Graham
450 American St                          Po Box 17054                             State of Ga Revenue Commission
Simi Valley, CA 93065-6285               Wilmington, DE 19850-7054                1800 Century Center Blvd. NE
                                                                                  Atlanta, GA 30345


Citibank Sd, Na                          Credit Union Loan Sour                   Internal Revenue Service
Attn: Centralized Bankruptcy             5020 Clark Howell Hwy                    P. O. Box 7346
Po Box 20507                             College Park, GA 30349-6064              Philadelphia PA 19101-7346
Kansas City, MO 64195-0507


U. S. Attorney                           Zwicker & Associates PC                  Jessica L. Casto
600 Richard B. Russell Bldg.             80 Minuteman Rd.                         Robert J. Semrad & Associates, LLC
75 Spring Street, SW                     Andover, MA 01810-1008                   Suite 3600
Atlanta GA 30303-3315                                                             101 Marietta St.
                                                                                  Atlanta, GA 30303-2716


Mark A. Richards                         Martha A. Miller                         Ronica R. Scales
1861 Windsonr Creek Dr.                  Martha A. Miller, PC                     Robert J. Semrad & Associates
Conyers, GA 30094-5833                   229 Peachtree Street, NE                 Suite 3600
                                         Suite 2415                               101 Marietta St., NW
                                         Atlanta, GA 30303-1608                   Atlanta, GA 30303-2716



             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)American Express                      (d)Internal Revenue Service              End of Label Matrix
c/o Becket and Lee LLP                   P.O. Box 7346                            Mailable recipients    14
Po Box 3001                              Philadelphia, PA 19101-7346              Bypassed recipients     2
Malvern, PA 19355-0701                                                            Total                  16
```