**IT IS ORDERED as set forth below:**

Date: April 6, 2020

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 11-51844-WLH** |
| | : | |
| MARK A. RICHARDS | : | CHAPTER 7 |
| | : | |
| Debtor(s). | : | JUDGE WENDY L. HAGENAU |
| _____ | : | |
| | : | |
| CARRINGTON MORTGAGE SERVICES, LLC | : | |
| | : | |
| Movant(s) | : | |
| _____ | : | |
| | : | |
| MARK A. RICHARDS | : | |
| | : | |
| RESPONDENT | : | |

ORDER

Carrington Mortgage Service, LLC (the Movant) in the above-styled case filed a Motion to Extend Time ("Motion") to Respond [Doc #32] to Mark A. Richards (the Debtor) Motion for

Contempt, Return of Debtor's Funds and to Set Aside Certain Real Estate Transactions [Doc #31].  Upon consideration of the Motion and for cause shown, it is hereby

ORDERED that this case has not been reopened and the Debtor's Motion at [Doc #31] is not before the Court for consideration.  No deadline to respond has yet been established by the Court or by rule.

The Clerk's Office is hereby directed to serve a copy of this Order on the Debtor, the Chapter 7 Trustee and all parties on the mailing matrix.

**END OF DOCUMENT**